UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BEVERLY R. DAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-1396 CAS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge to whom this matter was referred for recommended disposition pursuant to 28 U.S.C. § 636(b). The Magistrate Judge recommends that the Court grant defendant's motion to reverse and remand this case to the Commissioner of Social Security pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). No objections to the Report and Recommendation have been filed.

Upon review of the record, this Court adopts and incorporates the Magistrate Judge's Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to reverse and remand is **GRANTED**. [Doc. 21]

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g), for the payment of disability benefits beginning November 1, 2001 consistent with the Commissioner's motion to reverse and remand.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  29th  day of March, 2007.